IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03259-MEH | Date: | February 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                      *Counsel:*

KENT WILSON                                          Andrew Swan
                                                              Michael Kuhn

    Plaintiffs,

v.

HUMANA HEALTH PLAN INC                    Andre Federhar

    Defendant.

**COURTROOM MINUTES
MOTION HEARING**

**10:31 a.m.  Court in session.**

Court calls case.  Appearances of counsel.

Following oral argument held regarding [18] Motion to Dismiss by Defendant, the Court has taken the matter UNDER ADVISEMENT.

**11:04 a.m.    Court in recess.**   Hearing concluded.
Total in-court time    00:33

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.