IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03259-MEH

KENT WILSON,

    Plaintiff,

v.

HUMANA HEALTH PLAN, INC.,

    Defendant.

_____

## ORDER RE: NOTICE OF DISMISSAL
_____

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #33]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 20th day of March, 2015.

                                        BY THE COURT:

                                        */s/ Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge